IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Jonathan Lamont Green, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.0:14-cv-3506-RBH |
| | ) | |
| Carolyn W. Colvin, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA") filed October 31, 2013.  *See* 28 U.S.C. § 2412.  The parties filed a Joint Stipulation for Attorney Fees Pursuant to the EAJA advising their agreement to stipulation to an award of $3,800.00 in attorney fees, $6.35 in expenses and $400.00 in costs.

In accordance with *Astrue v. Ratliff*, 130 S.Ct 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)) and, therefore, this Court directs fees be payable to the Plaintiff and delivered to Plaintiff's counsel.   Accordingly,

IT IS ORDERED that the Plaintiff's motion pursuant to the EAJA is granted in the amount of $3,800.00 in attorney's fees, $6.35 in expenses and $400.00 in costs.

s/ R. Bryan Harwell
R. BRYAN HARWELL
United States District Judge

June 3, 2015